STATE OF NEW JERSEY v. PETER MARKEVITCH.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ORAN COX.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES LYDAMORE.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY DE PRIZIO.

February 28, 1984.

Petition for certification denied.